UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARLENA N. TAYLOR, | ) |
| Plaintiff, | ) 2:10-cv-1266-KJD-RJJ |
| vs. | ) |
| OFFICER LAUDERDALE, LAS VEGAS METROPOLITAN POLICE; MCCARREN AIRPORT AMERICAN AIRLINES; MCCARREN AIRPORT TRANSPORTATION SECURITY ADMINISTRATION, DR. BERNSTEIN, NORTH VISTA HOSPITAL, | ) REPORT & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| Defendant, | ) |

This matter came before the court for a hearing on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (#1) and the Proposed Amended Complaint (#8).

The Proposed Amended Complaint (#8) is a rambling collection of rants and raves by the Plaintiff. Most of the conduct occurred in other jurisdictions several years ago. Plaintiff was unable to coherently state in court the basis of her claims.

It is clear to the Court that Plaintiff is unable to state a claim upon which relief can be granted. Dismissal is appropriate pursuant to Fed R. Civ. P. 12(b). Even construing the amended complaint liberally, it fails to meet minimum pleading requirements. Finally, the deficiencies are not readily curable, even with guidance from the Court.

**RECOMMENDATION**

Based on the foregoing and good cause appearing therefore,

1  IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be
2  **DISMISSED WITH PREJUDICE**.

3  **NOTICE**

4  Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and
5  Recommendation must be in writing and filed with the Clerk of the Court within ten (10) days
6  after service of this Notice. The Supreme Court has held that the courts of appeal may determine
7  that an appeal has been waived due to the failure to file objections within the specified time.
8  Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986). This Circuit has also
9  held that (1) failure to file objections within the specified time and (2) failure to properly address
10 and brief the objectionable issues waives the right to appeal the District Court's order and/or
11 appeal factual issues from the order of the District Court. Martinez v. Ylst, 951 F.2d 1153 (9th
12 Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

13 DATED this 30th day of December, 2010.

15 ROBERT J. JOHNSTON
16 United States Magistrate Judge